No. 336. Giessler v. United States. Court of Claims. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 354. Chrismond v. Chrismond. Supreme Court of Mississippi. Certiorari denied. *Ross R. Barnett* for petitioner. *William Harold Cox* for respondent.

No. 134, Misc. Davis et al. v. Cranor, Superintendent. Supreme Court of Washington. Certiorari denied.

No. 136, Misc. Taylor v. Cranor, Superintendent. Supreme Court of Washington. Certiorari denied. Petitioner *pro se*. *Smith Troy*, Attorney General of Washington, and *Jennings P. Felix*, Assistant Attorney General, for respondent.

No. 142, Misc. Scott v. United States. C. A. 5th Cir. Certiorari denied. *S. M. Graham* and *Lester E. Wills* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney, Morton Liftin* and *John R. Benney* for the United States.

No. 165, Misc. Smith et al. v. Pollin et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David F. Smith* for petitioners. *Louis Ottenberg* for Pollin et al.; *Edmund D. Campbell* for the Riggs Park Land Co., Inc. et al.; *H. Max Ammerman* for Mensh; *M. M. Doyle* for Bucy; *G. Bowdoin Craighill* for Burke; and *Thomas F. Burke* for Evans, respondents.